IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN THOMAS COOPER, | No. CV 09-383-TUC-RCC |
| Petitioner, | **ORDER** |
| vs. | |
| CHARLES RYAN, et al., | |
| Respondents. | |

On August 28, 2009, the Honorable Bernardo P. Velasco, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No.10). The Recommendation advised the Court to DENY the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to Title 28, U.S.C. § 2254 (Docket No.1)

The Court considers the Recommendation (Docket No.10) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Velasco. Therefore

**IT IS HEREBY ORDERED** that the Court adopts Magistrate Judge Velasco's Report and Recommendation (Docket No. 10).

**IT IS FURTHER ORDERED** that the Petitioner's Petition is DENIED.

DATED this 16th day of September, 2009.

_____
Raner C. Collins
United States District Judge